IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

**FILED**
NOV - 7 2016
Clerk, U.S. Bankruptcy,
Orlando Division

In Re:

**NADINE ROUNDTREE TROMBACCO**

*Debtor*

_____/

Case No.: **6:16-bk-00188-KSJ**

CHAPTER: 13

Rec.# 83361
# 298.00

## NOTICE OF APPEAL

NADINE ROUNDTREE TROMBACCO the APPELLANT(S) appeals under 28 U.S.C. § 158(a) or (b) from the following judgment, order, or decree listed below, of the bankruptcy judge entered in this proceeding on the corresponding dates.

| Order: | Date Rendered: |
|---|---|
| ORDER CONFIRMING PLAN [Doc# 61] | 10/25/2016 |

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Amy M Kiser**
Gilbert Garcia Group P.A.
2313 W. Violet Street
Tampa, FL 33603
813-443-5087
813-443-5089 (fax)
bankruptcy@gilbertgrouplaw.com
*Assigned: 06/14/2016*

representing

**BANK OF AMERICA, N.A.**
c/o Gilbert Garcia Group, P.A.
2313 W. Violet St.
Tampa, FL 33603
*(Creditor)*

*Assigned: 08/22/2016*

representing

**Bank of America, N.A.**
*(Creditor)*

**Iris Kwon**
Robertson, Anschultz & Schneid, L.P.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
561-241-6901 x1131
561-241-1969 (fax)
ikwon@rasflaw.com
*Assigned: 01/20/2016*

representing

**Nationstar Mortgage, LLC**
c/o Iris kwon, Esq.
ROBERTSON, ANSCHUTZ &
SCHNEID, P.L.
6409 CONGRESS AVE
SUITE 100
BOCA RATON, FL 33487
bkyecf@rasflaw.com
*(Creditor)*

1

| | | |
|---|---|---|
| **Ashley Prager Popowitz**<br>McCalla Raymer, LLC<br>110 SE 6 St # 2400<br>Fort Lauderdale, FL 33301<br>754-263-1065<br>Ashley.popowitz@mrpllc.com<br>*Assigned: 02/23/2016* | representing | **Bank of America, N.A.**<br>*(Creditor)* |
| **Christopher P Salamone**<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>561-241-6901<br>561-241-1969 (fax)<br>csalamone@rasflaw.com<br>*Assigned: 08/19/2016* | representing | **Nationstar Mortgage, LLC**<br>c/o Iris kwon, Esq.<br>ROBERTSON, ANSCHUTZ &<br>SCHNEID, P.L.<br>6409 CONGRESS AVE<br>SUITE 100<br>BOCA RATON, FL 33487<br>bkyecf@rasflaw.com<br>*(Creditor)* |

**Laurie K. Weatherford, Trustee**
Post Office Box 3450
Winter Park, FL 32790
407-648-8841
ecfdailysummary@c13orl.com

NADINE ROUNDTREE TROMBACCO
P.O. Box 926
Groveland, FL 34736

Dated: November 7, 2016

*Respectfully Submitted,*

*[signature: Nadine Roundtree Trombacco]*
Nadine Roundtree Trombacco
P.O. Box 926
Groveland, FL 34736

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

   *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

2

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties on the service list on this date November 7, 2016.

*Nadine Roundtree Trombacco*
Nadine Roundtree Trombacco
P.O. Box 926
Groveland, FL 34736

**SERVICE LIST:**

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790
407-648-8841
ecfdailysummary@c13orl.com

**UNITED STATES TRUSTEE**
George C. Young Federal Building
400 West Washington St., Suite 1100
Orlando, FL 32801-2210

**PRIORITY CREDIT UNION**
301 E MICHIGAN STREET
ORLANDO FL 32806

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

American Express Bank, FSB
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Midland Funding LLC
PO Box 2011
Warren, MI 48090

NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TEXAS 75261-9741

Bank of America
P.O.BOX 31785
Tampa, Florida 33631-3785

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

3

[Dbktransmittalnoa] [TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

FILED

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

2016 NOV -8 PM 4:49

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

In re:    Case No. 6:16-BK-00188-KSJ

Nadine Roundtree Trombacco    Chapter 13

_____Debtor(s)_____/

## TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this proceeding.

Notice of Appeal filed by Nadine Roundtree Trombacco on November 7, 2016 (Doc. No. 63) Title of the order appealed is Order Confirming Plan (Doc. No 61) entered on October 25, 2016.

The party or parties included in the appeal to the District Court are:

APPELLANT:

Nadine Roundtree Trombacco, PO Box 926, Groveland, FL 34736

    ATTORNEY: Pro Se


    APPELLEE: Laurie K. Weatherford, Trustee, PO Box 3450,

Winter Park, FL 32790 (407) 648-8841

    ATTORNEY: Pro Se

ADDITIONAL PARTIES IN INTEREST INCLUDE:
Bank of America, c/o Amy M. Kiser, Esq, 2313 W. Violet St., Tampa, FL 33603, (813) 443-5087
Bank of America, c/o Ashley Prager Popowitz, Esq., 110 SE 6 St #2400, Ft. Lauderdale, FL 33301 (754) 263-1065
Nationstar Mortgage, LLC, c/o Iris Kwon, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487 (561) 241-6901
Nationstar Mortgage, LLC c/o Christopher P. Salamone, Esq., 6409 Congress Ave, Ste 100, Boca Raton, FL 33487 (561) 241-6901

The items included in this transmittal pursuant to Fed.R. Bankr. P. 8003 are:

- Notice of Appeal

The debtor's county of residence is Lake County, Florida.

DATED on November 8, 2016

FOR THE COURT

Lee Ann Bennett, Clerk of Court

George C. Young United States Courthouse
400 W. Washington St, Suite 5100 Orlando, FL 33805